HB III

19

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD WOLFSON, <br> PETER FUNKE, <br> MARTIN LAUTZ and <br> ALISON TAYLOR, <br>     Plaintiffs <br>       v. <br> CITY OF PHILADELPHIA; <br> OFFICER SEAN ELKINS, <br> OFFICER WILLIAM GRESS, <br> OFFICER KEVIN GORMAN and <br> OFFICER DOE(S), <br>     Defendants | : <br> : <br> : <br> : <br> Civil Action No. 05-2903 <br> : JURY TRIAL DEMANDED <br> : <br> : |

**FILED**

FEB - 1 2006

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**NOTICE OF DISMISSAL**

And now, this 1st day of February, 2006, upon application of counsel for all parties, and pursuant to Rule 41(a), F.R.Civ.P., Defendants Elkins, Gress and Gorman are dismissed as parties in the above matter.

BY THE COURT:

_____
HON. HARVEY BARTLE, III
United States District Court

mail 2-1-06:
  E. Chew

Faxed 2-1-06:
  P. Messing

2:05-cv-02903-HB

PAUL M. MESSING                                         215-925-5365
KAIRYS, RUDOVSKY, EPSTEIN & MESSING, LLP                pmessing@krlawphila.com
924 CHERRY ST.  SUITE 500
PHILADELPHIA PA  19107

_____

```
*************** -COMM. JOURNAL- ******************** DATE FEB-01-2006 ***** TIME 15:15 ********


          MODE = MEMORY TRANSMISSION          START=FEB-01 15:14    END=FEB-01 15:15

          FILE NO.=007
   STN NO.   COMM.    ABBR NO.    STATION NAME/TEL NO.    PAGES    DURATION
    001      OK       &           92159255365             002/002  00:00:45


                                                      -US DISTRICT COURT EDPA    -
****************************************** -CLERK'S OFFICE  - *****  -                - *********
```

2:05-cv-02903-HB

PAUL M. MESSING  
KAIRYS, RUDOVSKY, EPSTEIN & MESSING, LLP  
924 CHERRY ST. SUITE 500  
PHILADELPHIA PA 19107

215-925-5365  
pmessing@krlawphila.com